```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A00-0157--CV (HRH)
            "IN RE: ALASKA MARINE TRANSPORT & SALVAGE INC"

     Including terminated parties, excluding terminated counsel
```

   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 05/31/00
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (890) Other Statutory Actions
                   46:181
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 05/31/00 receipt # 00112016
          Trial by: Court


Parties of Record:                              Counsel of Record:

PLF 1.1        ALASKA MARINE TRANSPORT & SALVAGE    Douglas R. Davis
               INC                                  Keesal Young et al
                                                    1029 W. 3rd Avenue, Suite 650
                                                    Anchorage, AK 99501-1954
                                                    907-279-9696
                                                    FAX 907-279-4239

                                                    John R. Keough III
                                                    Waesche Sheinbaum et al
                                                    111 Broadway
                                                    New York, NY 10006-1991


DEF 1.1    [T] COASTAL FREIGHT & SALVAGE INC        No counsel found for this party!

DEF 2.1        RICHALINDA TRUST, THE                Mark S. Bledsoe
                                                    Law Offices of Mark S. Bledsoe
                                                    2525 Blueberry Road, Suite 202
                                                    Anchorage, AK 99503
                                                    907-272-5200
                                                    FAX 907-279-2321

                                                    C. Walter Ebell
                                                    Jamin Ebell et al
                                                    1007 W. 3rd Avenue, Suite 201
                                                    Anchorage, AK 99501
                                                    907-278-6100
                                                    FAX 907-222-2760

                                                    J.J. Sandlin
                                                    Sandlin Law Firm
                                                    POB 1005
                                                    Zillah, WA 98953
                                                    509-829-3111
                                                    FAX 509-829-3100

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    CIVIL DOCKET PARTY INFORMATION FOR CASE A00-0157--CV (HRH)
              "IN RE: ALASKA MARINE TRANSPORT & SALVAGE INC"

         Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| DEF 3.1 | [T] | ALASKA, STATE OF | No counsel found for this party! |
| DEF 4.1 | [T] | SYNDICATE 282 AT LLOYD'S OF LONDON, UNDERWRITERS | No counsel found for this party! |
| DEF 5.1 | | BEAR TOOTH LLC | Mark C. Manning<br>431 W. 7th Avenue, Suite 204<br>Anchorage, AK 99501<br>907-278-9794<br>FAX 907-278-1169 |
| 3PP 1.1 | [T] | COASTAL FREIGHT & SALVAGE INC | No counsel found for this party! |
| 3DF 1.1 | | R.E. SHELL | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A00-0157--CV (HRH)
            "IN RE: ALASKA MARINE TRANSPORT & SALVAGE INC"

                         For all filing dates


 Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 05/31/00
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (890) Other Statutory Actions
                   46:181
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 05/31/00 receipt # 00112016
         Trial by: Court


Document #   Filed      Docket text
_____   _____    _____

      1 - 1  05/31/00   Complaint filed.

      2 - 1  05/31/00   PLF 1 Application for issuance of monition enjoining further prosecution
                        of any action or claim; order for approval of plf's ad interim stip and
                        directing notice to issue w/att memo.

      3 - 1  05/31/00   PLF 1 Praecipe for publication of notice.

      4 - 1  05/31/00   PLF 1 Cy of Ad Interim Stipulation (bond) for value in the amount of
                        $2,218,000 w/att exh. (original in vault-receipt #1296)

      5 - 1  05/31/00   PLF 1 Cy of Stipulation (bond) for plaintiff's costs in the amount of
                        $1,000.00. (original in vault - receipt #1295)

      6 - 1  05/31/00   PLF 1 Affidavit of value and pending freight.

   NOTE - 1  06/02/00   Issued: notice & monition

      7 - 1  06/02/00   HRH Order directing monition & enjoining suits; approval of plf's ad
                        interim stip; & directing notice to issue. cc: cnsl, Finance

      8 - 1  07/10/00   PLF 1 Affidavit of service of notice to claimants of complaint for
                        exoneration from or limitation of liability & monition on Patrick E.
                        Pressentin & Otto Kilcher (6/15/00 &  Thomas Johnson (6/16/00) w/att
                        exh.

      9 - 1  07/10/00   PLF 1 Notice of publication of Notice to claimants of complaint for
                        exoneration from or limitation of liability in Anch Daily New once a wk
                        beginning 7/9/00 - 7/30/00 w/att exh.

     10 - 1  07/20/00   DEF 1 Answer to Complaint.

     11 - 1  07/20/00   DEF 1 Claim & cross-claim against R.E. Shell

     12 - 1  08/07/00   DEF 2 Claim.

     13 - 1  08/07/00   DEF 2 Answer to Complaint .
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A00-0157--CV (HRH)
                     "IN RE: ALASKA MARINE TRANSPORT & SALVAGE INC"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 08/07/00 | DEF 2 Attorney Appearance of C. Walter Ebell (JAMIN). |
| 15 - 1 | 08/11/00 | PLF 1 Notice of claimants. |
| 16 - 1 | 08/28/00 | HRH Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 21 days. cc: cnsl |
| 17 - 1 | 10/04/00 | HRH Minute Order re: no 16b report filed; due 15 days. cc: cnsl |
| 18 - 1 | 10/04/00 | HRH Minute Order re: failure to serve cross-claim; proof of service due from Coastal Freight re: R.E.Shell 20 days. cc: cnsl |
| 19 - 1 | 10/11/00 | PLF 1 Affidavit (notice to court) of svc of cross claim. |
| 20 - 1 | 10/11/00 | PLF 1; DEF 1-2 Initial Case Status Report & parties' planning meeting. |
| 21 - 1 | 10/18/00 | VACATED BY #46 - HRH Scheduling and Planning Order setting pretrial deadlines: Original discovery 06/29/01; Dispositive motions deadline 07/30/01; Estimate of trial 5 days; TBC. cc: cnsl |
| 22 - 1 | 01/16/01 | DEF 2 motion to amend answer to compliant for exoneration from or limitation of liability w/att exh. |
| 22 - 2 | 01/16/01 | DEF 2 motion to amend claim of the Richalinda trust w/att exhs. |
| 23 - 1 | 01/30/01 | PLF 1 non-opposition to DEF 2 motion to amend answer to compliant (22-1), DEF 2 motion to amend claim of the Richalinda trust (22-2). |
| 24 - 1 | 02/12/01 | HRH Order granting motion to amend answer to compliant for exoneration from or limitation of (22-1), motion to amend claim of the Richalinda trust (22-2). cc: cnsl |
| 25 - 1 | 02/16/01 | DEF 2 First Amended Claim of The Richalinda Trust. |
| 26 - 1 | 02/16/01 | DEF 2 Answer (First-Amended) of The Richalinda Trust to complaint for exoneration from or limitation of liability. |
| 27 - 1 | 02/21/01 | DEF 2 motion for alternate and increased security w/att memo and exhs. |
| 28 - 1 | 03/02/01 | PLF 1 Application re: non-resident attorney John R. KeoughIII w/lcl cnsl D. Davis w/att aff. |
| 29 - 1 | 03/07/01 | HRH Order granting #28. cc: cnsl |
| 30 - 1 | 03/07/01 | DEF 3 Attorney Appearance. |
| 31 - 1 | 03/07/01 | DEF 3 motion for leave to file late filed claim & answer, w/att memo, exhs, claim & answer. |
| 32 - 1 | 03/09/01 | ZZZ 1 motion for leave to file an untimely claim & answer pursuant to Rule F(4) of the supp rules for admiralty & maritime claims, w/att exh, claim & ans. |
| 33 - 1 | 03/12/01 | PLF 1; DEF 2 Stipulation that plf has to 4/9/01 to oppose portion of D2's motion for an increase in amount of security posted by petitioner. |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A00-0157--CV (HRH)
                    "IN RE: ALASKA MARINE TRANSPORT & SALVAGE INC"

                               For all filing dates


Document #    Filed      Docket text

   34 -  1   03/12/01   PLF 1 partial opposition to DEF 2 motion for alternate and increased
                        security (27-1) (nonopp to portion of mot requesting alternate
                        security).

   34 -  2   03/12/01   PLF 1 motion to accept substitution of Travelers Casualty & Surety Co's
                        surety bond, w/att surety bond rider.

   33 -  2   03/13/01   Order granting stip. cc: cnsl

   35 -  1   03/21/01   DEF 2 non-opposition to DEF 3 motion for leave to file late filed claim
                        & answer (31-1), ZZZ 1 motion for leave to file an untimely claim &
                        answer pursuant to Rule F(4) of the supp rules for admiralty & maritime
                        claims (32-1).

   36 -  1   03/26/01   PLF 1 non-opposition to DEF 3 motion for leave to file late filed claim
                        & answer (31-1).

   37 -  1   03/26/01   PLF 1 non-opposition to ZZZ 1 motion for leave to file an untimely claim
                        & answer pursuant to Rule F(4) of the supp rules for admiralty &
                        maritime claims (32-1).

   38 -  1   04/02/01   HRH Order granting motion for leave for State of AK to file w/in 10 days
                        late filed claim & answer (31-1). cc: cnsl

   39 -  1   04/02/01   HRH Order granting motion for leave for Syndicate to file by 3/9/01 an
                        untimely claim & answer (32-1). cc: cnsl

   40 -  1   04/02/01   D4 Claim against barge HOMEBAR 1 owned by D1 (3PP).

   41 -  1   04/02/01   D4 Answer to Complaint for exoneration from or limitation of liability.

   42 -  1   04/02/01   DEF 3 Supplemental certificate of svc re: entry of appearance, DEF 3
                        motion for leave to file late filed claim & answer (31-1), answer.

   43 -  1   04/05/01   DEF 3 Claim.

   44 -  1   04/05/01   DEF 3 Answer to Complaint for exoneration from or limitation of
                        liability.

   45 -  1   04/05/01   DEF 3 Affidavit of service re: #43 & #44.

   46 -  1   04/06/01   Stipulation for vacation of S&P dated 10/17/01.

   47 -  1   04/09/01   PLF 1 partial opposition to DEF 2 motion for alternate and increased
                        security (27-1)

   46 -  2   04/10/01   HRH Order granting #46; S&P vacated, parties to hold planning meeting,
                        file a case status report to secure new S&P. cc: cnsl

   48 -  1   05/14/01   HRH Minute Order directing parties to file report w/i 7 days on status
                        of negotiations as to bonding company & amount of bond. cc: cnsl

   49 -  1   05/15/01   PLF 1 motion to compel discovery w/att memo & exhs.

   50 -  1   05/15/01   PLF 1 Request for Oral Argument re: PLF 1 motion to compel discovery
                        (49-1).

ACRS: R_VDSDX               As of 12/01/05 at 2:58 PM by GARRY                        Page 3
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A00-0157--CV (HRH)
                       "IN RE: ALASKA MARINE TRANSPORT & SALVAGE INC"

                                    For all filing dates


Document #    Filed      Docket text

   51 -  1    05/21/01   DEF 2 motion to accept late-filed pleading w/att reply to partial opp to
                         mot for alternate & increased security.

   52 -  1    05/21/01   PLF 1; DEF 2 Status Report.

   51 -  2    05/22/01   HRH Order granting motion to accept late-filed pleading (51-1). cc: cnsl

   53 -  1    05/22/01   DEF 2 reply to opposition to DEF 2 motion for alternate and increased
                         security (27-1)

   54 -  1    05/22/01   DEF 2 Errata re: DEF 2 motion to accept late-filed pleading w/att reply
                         to partial opp to mot for alternate & increased security. (51-1)

   55 -  1    05/24/01   HRH Order granting motion for alternate and increased security (27-1);
                         increased security to $2.8 million to be filed with the court by 6/6/01.
                         cc: cnsl

   56 -  1    05/29/01   PLF 1; DEF 2 Stipulation that opp to plf's mot to compel will be due
                         6/8/01

   56 -  2    05/30/01   Order granting #56. cc: cnsl

   57 -  1    06/05/01   PLF 1 Response to Order re: filing of increase of bond. (original rider
                         forwarded to Finance)

   58 -  1    06/11/01   PLF 1; DEF 1-2 Stipulation that opp to mot to compel will be ext to
                         6/15/01

   58 -  2    06/12/01   Order granting #59. cc: cnsl

   59 -  1    06/21/01   DEF 4 Application re: non-resident attorney Katie Matison

   59 -  2    06/25/01   HRH Order granting #59. cc: cnsl

   60 -  1    06/27/01   PLF 1; DEF 2 Stipulation that D2 has to 7/2/01 to file opp to mot to
                         compel.

   60 -  2    06/29/01   HRH Order approving stip. cc: cnsl

   61 -  1    07/02/01   DEF 2 opposition to PLF 1 motion to compel discovery (49-1) w/att
                         exhibits.

   62 -  1    07/13/01   PLF 1; DEF 2 Stipulation for ext to 7/23/01 plf to file reply to mot to
                         compel

   63 -  1    07/23/01   PLF 1 reply to opposition to PLF 1 motion to compel discovery (49-1)

   62 -  2    07/24/01   HRH Order granting stipulation for ext to 7/23/01 plf to file reply to
                         mot to compel (62-1). cc: cnsl

   64 -  1    07/27/01   PLF 1 Errata to reply re: PLF 1 motion to compel discovery (49-1) w/att
                         exh.

   65 -  1    08/02/01   HRH Order granting/denying motion to compel discovery (49-1) as stated;
                         certification to be filed by 8/29/01. cc: cnsl
```

Case 3:00-cv-00157-HRH    Document 129    Filed 05/31/2000    Page 7 of 11
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A00-0157--CV (HRH)
"IN RE: ALASKA MARINE TRANSPORT & SALVAGE INC"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 66 - | 1 | 08/23/01 | DEF 2 Unopposed motion for exh of deadlines imposed by 8/2/01 order to 8/29/01 and 9/5/01. |
| 67 - | 1 | 08/28/01 | HRH Order granting unopposed motion for ext of deadlines imposed by 8/2/01 order to (66-1) 8/29/01 & 9/5/01. cc: cnsl |
| 68 - | 1 | 09/05/01 | DEF 2 Notice of filin certification w/att exh. |
| 69 - | 1 | 09/19/01 | PLF 1 Status Report to court. |
| 70 - | 1 | 10/29/01 | PLF 1; DEF 1-4; 3PP 1 Initial Case Status Report & report of parties planning meeting. |
| 71 - | 1 | 11/23/01 | HRH Scheduling and Planning Order setting pretrial deadlines: Discovery to close 06/03/02; Dispositive motions deadline 07/03/02. cc: cnsl |
| 72 - | 1 | 12/12/01 | DEF 3 Stipulation for dismissal. |
| 72 - | 2 | 12/17/01 | JKS Order approving stip for dismissal of DEF 3's claims (72-1). cc: cnsl |
| 73 - | 1 | 02/19/02 | PLF 1; DEF 4 Stipulation of dismissal of D4 with prejudice each to bear own costs & fees. |
| 73 - | 2 | 02/21/02 | HRH Order granting stipulation of dismissal of D4 with prejudice (73-1), each to bear own costs & fees. cc: cnsl |
| 74 - | 1 | 02/22/02 | PLF 1; DEF 1-2 Stip to ext PT deadlines, discovery to close 8/5/02 |
| 75 - | 1 | 02/25/02 | DEF 5 Unopposed motion for leave to file claim w/att claim |
| 76 - | 1 | 02/25/02 | DEF 5 Attorney Appearance of Mark Manning |
| 77 - | 1 | 02/25/02 | PLF 1; DEF 1-2; ZZZ 2 Stipulation that Bear Tooth LLC may file a claim |
| 78 - | 1 | 02/25/02 | DEF 4 non-opposition to ZZZ 2 Unopposed motion for leave to file claim (75-1), PLF 1; DEF 1-2; ZZZ 2 Stipulation that Bear Tooth LLC may file a claim (77-1) |
| 74 - | 2 | 02/26/02 | HRH Order granting stipulation to ext PT deadlines, discovery to close 8/5/02 (74-1). cc: cnsl |
| 79 - | 1 | 02/27/02 | HRH Order granting Unopposed motion for leave to file claim (75-1), stipulation that Bear Tooth LLC may file a claim (77-1). cc: cnsl |
| 80 - | 1 | 02/27/02 | DEF 5 Claim. |
| 81 - | 1 | 06/14/02 | PLF 1; DEF 1-2; 5 Stip to ext PT deadlines; discovery to close 11/4/02 |
| 81 - | 2 | 06/17/02 | HRH Order granting stipulation to ext PT deadlines; discovery to close 11/4/02 (81-1). cc: cnsl |
| 82 - | 1 | 08/05/02 | PLF 1; DEF 1-2; 5; 3PP 1 Stip for ext until 8/5/02 to file fin revised wit list. |
| 83 - | 1 | 08/06/02 | PLF 1 Witness List. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A00-0157--CV (HRH)
                     "IN RE: ALASKA MARINE TRANSPORT & SALVAGE INC"

                                   For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 84 - | 1 | 08/06/02 | DEF 5 Witness List. |
| 85 - | 1 | 08/06/02 | PLF 1; DEF 1-2; 5 Stip for ext to 8/6/02 to file final revised witness list |
| 82 - | 2 | 08/07/02 | HRH Order granting stipulation for ext until 8/5/02 to file fin revised wit list (82-1). cc: cnsl |
| 85 - | 2 | 08/07/02 | HRH Order granting stipulation for ext to 8/6/02 to file final revised witness list (85-1). cc: cnsl |
| 86 - | 1 | 08/12/02 | DEF 2 Joins in Bear Tooth's Witness List, date 8/6/02. |
| 87 - | 1 | 09/12/02 | PLF 1; DEF 1-2; 5 Stip for 90-day ext (from 9/6/02) of remaining PT deadlines |
| 87 - | 2 | 09/13/02 | HRH Order granting stipulation for 90-day ext (from 9/6/02) of remaining PT deadlines (87-1). cc: cnsl |
| 88 - | 1 | 02/20/03 | HRH Minute Order directing parties to confer & cnsl for petitioner to file status report by 3/7/03. cc: cnsl |
| 89 - | 1 | 03/07/03 | PLF 1 Status Report. |
| 90 - | 1 | 03/07/03 | PLF 1; DEF 1-2; 5 Stip to ext deadlines; close of discovery to 6/30/03, dispositive mots by 8/29/03; discovery mots re experts due 9/15/03. |
| 90 - | 2 | 03/10/03 | HRH Order granting stipulation to ext deadlines; close of discovery to 6/30/03, dispositive mots by 8/29/03; discovery mots re experts by 9/15/03 (90-1). cc: cnsl |
| 91 - | 1 | 03/17/03 | PLF 1; DEF 1-2; 5 Stip to dismiss all claims of Coastal Freight against Alaska Marine Transport w/prejudice & to dismiss claims against claimant Coastal Freight, each to bear own costs & fees. |
| 91 - | 2 | 03/19/03 | HRH Order granting stipulation to dismiss all claims of Coastal Freight against Alaska Marine (91-1) and all claims against Coastal Freight w/prejudice, without costs to any party. cc: cnsl |
| 92 - | 1 | 04/07/03 | PLF 1 Final Supplemental Fact Witness List. |
| 93 - | 1 | 07/29/03 | PLF 1; DEF 2; 5 Stipulation for ext of ddlns: close of disc to 10/31/03; dispositive mot ddln 11/17/03. |
| 93 - | 2 | 07/30/03 | HRH Order granting stip for ext of ddlns: close of disc to 10/31/03; disp mots to 11/17/03 (93-1). cc: cnsl |
| 94 - | 1 | 08/20/03 | PLF 1 Final Supplement fact witness list. |
| 95 - | 1 | 08/21/03 | DEF 5 Final Witness List. |
| 96 - | 1 | 10/31/03 | PLF 1 motion (request) for extension of time regarding pretrial deadlines and request for status conference. |
| 96 - | 2 | 11/12/03 | HRH Order granting motion (request) for extension of time regarding pretrial deadlines and reque (96-1) & setting the following dates: Discovery to close 02/27/04; Dispositive motions deadline 03/15/04. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A00-0157--CV (HRH)
                   "IN RE: ALASKA MARINE TRANSPORT & SALVAGE INC"
```
For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | Parties to confer and reach an agreement re: Richalinda's proposed confidentiality agreement w/in the next 10 dyas. cc: cnsl |
| 97 - 1 | 12/12/03 | Stipulation for protective order for confidential documents. |
| 97 - 2 | 01/06/04 | HRH Order granting stipulation for protective order for confidential documents (97-1) as stated.  cc: cnsl |
| 98 - 1 | 03/12/04 | PLF 1 Stipulation (request) for extension of time regarding pretrial deadlines: close of all discovery until 5/14/04, exchange of expert reports from petitioner until 4/15/04 and dispositive motion ddln 6/15/04. |
| 98 - 2 | 03/15/04 | HRH Order granting stipulation (request) for extension of time regarding pretrial deadline (98-1) & setting the following dates: Discovery to close 05/14/04; Dispositive motions deadline 06/15/04. cc: cnsl |
| 99 - 1 | 06/24/04 | HRH Order re: certification of readiness for trial; parties to certify or file a report within 15 days from the date of this order. cc:cnsl |
| 100 - 1 | 07/09/04 | PLF 1 Status Report re: counsel not able to certify case readiness for trial and requesting extensions of expert reports, close of discovery and for filing substantive and procedural motions. |
| 101 - 1 | 08/04/04 | Stipulation to extend pretrial deadlines; close of discovery until 10/29/04, deadline for filing all motions until 12/1/04 and service petitioners expert report until 8/16/04. |
| 101 - 2 | 08/05/04 | HRH Order granting stipulation to extend pretrial deadlines & setting the following dates: Discovery to close 10/29/04; Dispositive motions deadline 12/01/04. cc: cnsl |
| 102 - 1 | 11/02/04 | PLF 1 motion for extension of time until 1/15/05 for discovery & pretrial motions w/att memo & exh. |
| 102 - 2 | 11/02/04 | PLF 1 motion to amend witness list to add expert w/att memo & exh. |
| 103 - 1 | 12/06/04 | HRH Order granting mot for ext of time until 1/15/05 for disc & pretrial mots (102-1), motion to amend witness list to add expert (102-2). cc: cnsl |
| 104 - 1 | 01/24/05 | HRH Order re: certification of readiness for trial; parties to certify or file a report within 15 days from the date of this order. cc:cnsl |
| 105 - 1 | 01/28/05 | PLF 1 Unopposed motion for extension of time for discovery and pretrial motions. |
| 106 - 1 | 02/04/05 | HRH Order granting Unopposed motion for extension of time for discovery and pretrial moti (105-1) & setting the following dates: Discovery to close 04/15/05; Dispositive motions deadline 04/15/05. cc: cnsl |
| 107 - 1 | 02/08/05 | PLF 1 Status Report to Court. |
| 108 - 1 | 04/15/05 | PLF 1 Unopposed motion for extension of time until 5/27/05 for discovery & pretrial motions w/att memo & aff. |
| 109 - 1 | 04/22/05 | HRH Order granting unoppo mot for ext of time (108-1); disc to close 05/27/05; dispositive mots ddln 05/27/05. cc: cnsl |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE A00-0157--CV (HRH)
                           "IN RE: ALASKA MARINE TRANSPORT & SALVAGE INC"

                                         For all filing dates


 Document #     Filed       Docket text
 ──────────     ─────       ───────────
  110 -   1    05/25/05    ZZZ 3 motion (faxed) to quash deposition notice & subpoena w/att exh.

  110 -   2    05/25/05    ZZZ 3 motion (faxed) for protective order w/att exh.

  111 -   1    05/26/05    ZZZ 3 motion to quash deposition notice & subpoena w/att aff.

  111 -   2    05/26/05    ZZZ 3 motion for protective order w/att aff.

  112 -   1    05/27/05    PLF 1 Unopposed motion for extension of time for discovery & pretrial
                           motions w/att memo & aff.

  113 -   1    05/31/05    HRH Order granting unoppo mot for ext of time for disc & ddln for filing
                           pretrial mot (112-1). cc: cnsl

  114 -   1    06/09/05    PLF 1 opposition to ZZZ 3 motion (faxed) to quash deposition notice &
                           subpoena (110-1), ZZZ 3 motion (faxed) for protective order  (110-2),
                           ZZZ 3 motion to quash deposition notice & subpoena (111-1), ZZZ 3 motion
                           for protective order (111-2) w/att exhs.

  115 -   1    06/27/05    HRH Order denying mot (faxed) to quash depo notice & subp (110-1), mot
                           (faxed) for PO (110-2), mot to quash depo notice & subp (111-1), mot for
                           PO (111-2); ord includes directions for procedure re: disc. cc: cnsl, E.
                           Edson

  116 -   1    07/07/05    DEF 2 Attorney Appearance of M. Bledsoe.

  117 -   1    07/07/05    DEF 2 motion for pro hac vice appearance of J.J. Sandlin w/att decla &
                           exhs.

  118 -   1    07/07/05    DEF 2 Affidavit of svc re: DEF 2 motion for pro hac vice appearance of
                           J.J. Sandlin (117-1) & DEF 2 entry of appearance of M. Bledsoe.

  119 -   1    07/08/05    HRH Order granting motion for pro hac vice appearance of J.J. Sandlin
                           (117-1). cc: cnsl, J.J. Sandlin

  120 -   1    07/29/05    PLF 1 Unopposed motion for extension of time until 10/31/05 for close of
                           discovery & deadline for filing dispositive motions w/att aff.

  121 -   1    08/01/05    PLF 1 Notice of filing original Aff re: PLF 1 Unoppo mot for ext of time
                           until 10/31/05 for close of disc & ddln for filing dispositive mots
                           (120-1) w/att aff.

  122 -   1    08/02/05    HRH Order granting unoppo mot for ext of time until 10/31/05 for close
                           of disc & filing of dispositive mots (120-1); no further exts for disc.
                           cc: cnsl

  123 -   1    10/28/05    PLF 1 motion to compel Rule 34 inspection of replacement gold dredge
                           w/att memo & exhs.

  124 -   1    10/28/05    PLF 1 Request for Oral Argument re: PLF 1 motion to compel Rule 34
                           inspection of replacement gold dredge (123-1).

  125 -   1    10/31/05    PLF 1 motion for summary judgment w/att memo, aff & exhs.

  126 -   1    11/04/05    PLF 1 Errata re: PLF 1 motion for summary judgment (125-1) w/att exh 9.
```

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A00-0157--CV (HRH)
                  "IN RE: ALASKA MARINE TRANSPORT & SALVAGE INC"

                              For all filing dates


 Document #    Filed     Docket text

   127 -   1  11/16/05   DEF 2 motion for enlargement of time for filing response to motion to
                         compel Rule 34 inspection of gold dredge w/att aff.

   128 -   1  11/16/05   DEF 2 motion (request) for additional protection for examination of gold
                         dredge at Bear Creek mining site w/att affs.

   128 -   2  11/16/05   DEF 2 Request for Oral Argument re: DEF 2 mot (req) for addl protection
                         for examination of gold dredge at Bear Creek mining site (128-1).

   129 -   1  11/23/05   DEF 2; 5 Stipulation that ddln for filing oppo to Alaska Marine
                         Transport's sj mot is 12/9/05.

   129 -   2  11/28/05   Order approving stip that ddln for filing oppo to Alaska Marine
                         Transport's sj mot is 12/9/05 (129-1). cc: cnsl
```