FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 12 AM 11: 34

Mark C. Manning
Mark C. Manning, P.C.
431 West 7th Ave, Suite 204
Anchorage, AK 99501
(907) 278-9794; fax: 278-1169
Counsel for Plaintiff Bear Tooth LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of ALASKA MARINE TRANSPORT & SALVAGE, INC., as Owner of the M/V POLAR BEAR, OFFICIAL No. 974480, for Exoneration From or Limitation of Liability. | In Admiralty<br><br>Case No.: A00-157 CV (HRH) |

### STIPULATION

The parties stipulate and agree that the deadline for opposing Alaska Marine Transport's Summary Judgment Motion shall be December 23, 2005.

KEESAL, YOUNG & LOGAN
Attorneys for Petitioner

12/12/05
DATE

By: _____
DOUGLAS R. DAVIS
Alaska Bar No.: 7605022

/
/
/

133

JAMIN, EBELL, SCHMITT & MASON
Attorneys for The Richalinda Trust

12-12-05
DATE

By: *C. Walter Ebell*
C. WALTER EBELL
Alaska Bar No.: 7810068

MARK S. BLEDSOE
Attorney for Richalinda Trust

12/12/05
DATE

By: *Mark S. Bledsoe*
MARK S. BLEDSOE
Alaska Bar No.: 7610077

MARK C. MANNING, P.C.
Counsel for Bear Tooth LLC

12/12/05
DATE

By: *Mark C. Manning*
MARK C. MANNING
Alaska Bar No.: 8110066

**ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2005.

FILED
DEC 1 3 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

_____
H. RUSSELL HOLLAND
U.S. DISTRICT COURT JUDGE

A00-0157--CV (HRH)   12-13-05
----------------------------------------
- D. DAVIS
- C. EBELL
- H. MANNING (MANNING)

2

This stipulation is approved, but is subject to reconsideration by a judicial officer within ten days from the date hereof.
CLERK OF COURT
Date: 12-13-05  By: *Pam Richter*
Deputy Clerk