FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 16 PM 4: 03

DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
Telephone: (907) 279-9696
Facsimile: (907) 279-4239

JOHN R. KEOUGH, III
WAESCHE, SHEINBAUM & O'REGAN, PC
111 Broadway, Suite 401
New York, New York 10006-1991
Telephone: (212) 227-3550
Facsimile: (212) 267-5767

Attorneys for ALASKA MARINE TRANSPORT
& SALVAGE, INC. as Owner of the M/V
POLAR BEAR

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

In the Matter of the Complaint of )
ALASKA MARINE TRANSPORT & )
SALVAGE, INC., as Owner of the M/V )
POLAR BEAR, Official No. 974480, for )
Exoneration from or Limitation of )
Liability, )
) Case No. A00-157 CV (HRH)
)
)
) **MOTION FOR ATTORNEYS' FEES**
)
)
)
)
)

COMES NOW, Petitioner Alaska Marine Transport & Salvage, Inc., by and through counsel, and moves the Court for an order requiring payment of Petitioner's attorneys' fees incurred in pursuing the motion to compel inspection of Claimant's gold dredge which was granted by the Court on December 2, 2005.

134

1   This motion is supported by the attached memorandum and affidavit of counsel.

2          DATED at Anchorage, Alaska this 16th day of December, 2005.

```
                                        _____
                                        DOUGLAS R. DAVIS
                                        Alaska Bar No. 7605022
                                        KEESAL, YOUNG & LOGAN
                                        Attorneys for Alaska Marine Transport
                                        & Salvage, Inc.
```

CERTIFICATE OF SERVICE:

I HEREBY CERTIFY THAT I CAUSED TO BE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING THIS 16 DAY OF DECEMBER, 2005 TO:

Via Mail

Walter W. Mason, Esq.
Jamin, Ebell, Schmitt & Mason
1007 W. 3rd Avenue, Suite 201
Anchorage, AK 99501

Mark C. Manning, Esq.
Mark C. Manning, P.C.
431 West 7th Avenue, Suite 204
Anchorage, Alaska 99501

John R. Keough, III
Waesche, Sheinbaum & O'Regan, P.C.
111 Broadway
New York, N.Y. 10006-1991

Mark Bledsoe, Esq.
2525 Blueberry Road, Suite 202
Anchorage, AK 99503

J.J. Sandlin
618 Railroad Avenue, Suites E & F
P.O. Box 1005
Zillah, WA 98953

_____
KENDRA JOHN

DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
Telephone: (907) 279-9696
Facsimile:  (907) 279-4239

JOHN R. KEOUGH, III
WAESCHE, SHEINBAUM & O'REGAN, PC
111 Broadway, Suite 401
New York, New York 10006-1991
Telephone: (212) 227-3550
Facsimile: (212) 267-5767

Attorneys for ALASKA MARINE TRANSPORT
& SALVAGE, INC. as Owner of the M/V
POLAR BEAR

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of ALASKA MARINE TRANSPORT & SALVAGE, INC., as Owner of the M/V POLAR BEAR, Official No. 974480, for Exoneration from or Limitation of Liability, | Case No. A00-157 CV (HRH)<br><br>**MEMORANDUM IN SUPPORT OF MOTION FOR ATTORNEYS' FEES** |

On October 28, 2005, Petitioner moved the Court for its order compelling the inspection of Claimant's gold dredge which is now located at a remote mining site near Bear Creek, Alaska. As stated by the affidavit of counsel for Petitioner in support of this motion, counsel spent approximately 17.75 hours

1 in communicating with opposing counsel on the subject of the inspection, and in
2 filing the motion to compel and reply memorandum in support of the motion to
3 compel. This included time for legal research conducted by an associate attorney
4 on the issues of compelling inspection under Fed.R.Civ.P. 34, and legal research
5 regarding issues of the adequacy and enforceability of confidentiality agreements
6 like that stipulated to by the parties in this case.[1]

7       Fed.R.Civ.P. 37(d) provides for payment of reasonable expenses,
8 including attorneys' fees, caused by the failure of a party to respond appropriately
9 to a request for inspection under the Fed.R.Civ.P. 34, stating that:

> In lieu of any order or in addition thereto, the court shall require the party failing to act or the attorney advising that party or both to pay the reasonable expenses, including attorney's fees, caused by the failure unless the court finds the failure was substantially justified or that other circumstances make an award of expenses unjust.

In this case, there was no justification for Claimant's failure to respond to the two prior requests for inspection. In fact, as noted in the Court's order and in the pleadings in support of the motion to compel, Claimant's original counsel offered to allow the inspection of the dredge without any restriction or additional requirements. Claimant's belated opposition to the request for inspection was interposed by Claimant's new counsel in the case, Mr. Sandlin, who sought to impose unreasonable restrictions upon the inspection which clearly contravenes the prior confidentiality order previously stipulated to by the parties. Thus, having failed to timely respond to the prior request for inspection, and in view of counsel's attempt to impose unreasonable restrictions upon inspection of the

---

[1] This estimate of time expended does not include any time expended on the issue by Petitioner's lead counsel in the case, Mr. John Keough.

- 2 -

1  dredge, an award of attorneys' fees is appropriate in accordance with the
2  provisions of Fed.R.Civ.P. 37(d).

3        DATED at Anchorage, Alaska this 16th day of December, 2005.

                            DOUGLAS R. DAVIS
                            Alaska Bar No. 7605022
                            KEESAL, YOUNG & LOGAN
                            Attorneys for Alaska Marine Transport
                            & Salvage, Inc.

<u>CERTIFICATE OF SERVICE:</u>

I HEREBY CERTIFY THAT I CAUSED TO BE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING THIS 16 DAY OF DECEMBER, 2005 TO:

Via Mail

Walter W. Mason, Esq.
Jamin, Ebell, Schmitt & Mason
1007 W. 3rd Avenue, Suite 201
Anchorage, AK  99501

Mark C. Manning, Esq.
Mark C. Manning, P.C.
431 West 7th Avenue, Suite 204
Anchorage, Alaska  99501

John R. Keough, III
Waesche, Sheinbaum & O'Regan, P.C.
111 Broadway
New York, N.Y.  10006-1991

Mark Bledsoe, Esq.
2525 Blueberry Road, Suite 202
Anchorage, AK  99503

J.J. Sandlin
618 Railroad Avenue, Suites E & F
P.O. Box 1005
Zillah, WA  98953

_____
KENDRA JOHN

```
 1  DOUGLAS R. DAVIS
    KEESAL, YOUNG & LOGAN
 2  1029 West Third Avenue, Suite 650
    Anchorage, Alaska 99501-1954
 3  Telephone: (907) 279-9696
    Facsimile:  (907) 279-4239
 4
    JOHN R. KEOUGH, III
 5  WAESCHE, SHEINBAUM & O'REGAN, PC
    111 Broadway, Suite 401
 6  New York, New York 10006-1991
    Telephone: (212) 227-3550
 7  Facsimile: (212) 267-5767
 8
    Attorneys for ALASKA MARINE TRANSPORT
 9  & SALVAGE, INC. as Owner of the M/V
    POLAR BEAR
10
```

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of ALASKA MARINE TRANSPORT & SALVAGE, INC., as Owner of the M/V POLAR BEAR, Official No. 974480, for Exoneration from or Limitation of Liability, | Case No. A00-157 CV (HRH)<br><br>**AFFIDAVIT OF DOUGLAS R. DAVIS** |

Douglas R. Davis, being duly sworn upon oath, deposes and states as follows:

1. I am an attorney with Keesal, Young & Logan, counsel for Petitioner in this action.

1  2. I have reviewed my time records and those of an associate who worked with me on the motion to compel inspection of Claimant's gold dredge, and in preparation of the reply memorandum to Claimant's opposition to the motion to compel. The time records reflect that a total of 17.75 hours were spent in communicating with opposing counsel on the issue of compelling inspection of the gold dredge, drafting the motion to compel, and preparing a reply memorandum in response to the opposition to the motion to compel. The approximate total of $3,871.25 in counsel's time and fees were expended on this matter and billed by counsel for Petitioner.

Further Affiant sayeth naught.

DATED at Anchorage, Alaska this 16th day of December, 2005.

_____
DOUGLAS R. DAVIS

SUBSCRIBED AND SWORN TO
before me this 16th day of December, 2005

_____
Notary Public
My Commission Expires: 10/23/06



STATE OF ALASKA
NOTARY PUBLIC
Kendra John
My Commission Expires: Oct 23, 2006

- 2 -

1  CERTIFICATE OF SERVICE:

2  I HEREBY CERTIFY THAT I CAUSED TO BE SERVED A TRUE AND CORRECT COPY
3  OF THE FOREGOING THIS 16 DAY OF DECEMBER, 2005 TO:

4

5  Via Mail

6  Walter W. Mason, Esq.
   Jamin, Ebell, Schmitt & Mason
7  1007 W. 3rd Avenue, Suite 201
   Anchorage, AK 99501

8  Mark C. Manning, Esq.
   Mark C. Manning, P.C.
9  431 West 7th Avenue, Suite 204
   Anchorage, Alaska 99501

10

   John R. Keough, III
11 Waesche, Sheinbaum & O'Regan, P.C.
   111 Broadway
12 New York, N.Y. 10006-1991

13 Mark Bledsoe, Esq.
   2525 Blueberry Road, Suite 202
   Anchorage, AK 99503
14

   J.J. Sandlin
15 618 Railroad Avenue, Suites E & F
   P.O. Box 1005
16 Zillah, WA 98953

17

18 _____
   Kendra John

19

20

21

22

23

24

25

26