FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 20 PM 4: 02

1 DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
2 1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
3 Telephone: (907) 279-9696
Facsimile: (907) 279-4239

4
JOHN R. KEOUGH, III
5 WAESCHE, SHEINBAUM & O'REGAN, PC
111 Broadway, Suite 401
6 New York, New York 10006-1991
Telephone: (212) 227-3550
7 Facsimile: (212) 267-5767

8

9 Attorneys for ALASKA MARINE TRANSPORT
& SALVAGE, INC. as Owner of the M/V
10 POLAR BEAR

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of ALASKA MARINE TRANSPORT & SALVAGE, INC., as Owner of the M/V POLAR BEAR, Official No. 974480, for Exoneration from or Limitation of Liability, | Case No. A00-157 CV (HRH)<br><br>**STIPULATION FOR EXTENSION OF TIME TO REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

135

Counsel for Petitioner Alaska Marine Transport & Salvage, Inc. and counsel for Richalinda Trust stipulate and agree that Petitioner may have until January 16, 2006 to file its reply memorandum responding to Richalinda Trust's opposition to Petitioner's motion for summary judgment.

KEESAL, YOUNG & LOGAN
Counsel for Alaska Marine Transport & Salvage, Inc.

Dated: December 20, 2005    By: _____
DOUGLAS R. DAVIS
Alaska Bar No. 7605022

Associated Counsel for Co-Respondent Richalinda Trust

Dated: 12/20/05    _____
MARK BLEDSOE, ESQ.
ALASKA BAR #7610077

**ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 200___.

_____
UNITED STATES DISTRICT COURT JUDGE

FILED
DEC 21 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

This stipulation is approved, but is subject to reconsideration by a judicial officer within ten days from the date hereof.
CLERK OF COURT
Date: 12/21/05  By: Pam Richter
Deputy Clerk

A00-0157--CV (HRH)   12-21-05
-------------------------------------------------
✓ D. DAVIS
✓ C. EBELL
✓ M. MANNING (MANNING)

- 2 -