FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 27 PM 4: 12

1  DOUGLAS R. DAVIS
   KEESAL, YOUNG & LOGAN
2  1029 West Third Avenue, Suite 650
   Anchorage, Alaska 99501-1954
3  Telephone: (907) 279-9696
   Facsimile:  (907) 279-4239
4
   JOHN R. KEOUGH, III
5  WAESCHE, SHEINBAUM & O'REGAN, PC
   111 Broadway, Suite 401
6  New York, New York 10006-1991
   Telephone: (212) 227-3550
7  Facsimile: (212) 267-5767
8
   Attorneys for ALASKA MARINE TRANSPORT
9  & SALVAGE, INC. as Owner of the M/V
   POLAR BEAR
10
11
12
                    UNITED STATES DISTRICT COURT
13
                         DISTRICT OF ALASKA
14

15  In the Matter of the Complaint of      )
    ALASKA MARINE TRANSPORT &              )
    SALVAGE, INC., as Owner of the M/V     )
16  POLAR BEAR, Official No. 974480, for   )
    Exoneration from or Limitation of      )
17  Liability,                             )
                                           )  Case No. A00-157 CV (HRH)
18                                         )
                                           )
19                                         )  **STIPULATION FOR EXTENSION**
                                           )  **OF TIME TO REPLY TO**
20                                         )  **OPPOSITION TO MOTION FOR**
                                           )  **SUMMARY JUDGMENT**
21  _____)

22

23

24

25

26

136

1
2  Counsel for Petitioner Alaska Marine Transport & Salvage, Inc. and
3  counsel for Bear Tooth, LLC stipulate and agree that Petitioner may have until
4  January 16, 2006 to file its reply memorandum responding to Bear Tooth's
   opposition to Petitioner's motion for summary judgment.
5
6                              KEESAL, YOUNG & LOGAN
                               Counsel for Alaska Marine Transport &
7                              Salvage, Inc.
8
9  Dated: December 20, 2005    By: /s/ _____
                                     DOUGLAS R. DAVIS
10                                   Alaska Bar No. 7605022
11
12                             Counsel for Bear Tooth, LLC
13
14
15 Dated: 12/27/05             /s/ _____
                                     MARK MANNING, ESQ.
16                                   ALASKA BAR #8110066

**FILED**
DEC 2 8 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

18                        **ORDER**
19      IT IS SO ORDERED.
20      DATED this ____ day of _____, 200__.
21
22
23                        _____
                          UNITED STATES DISTRICT COURT JUDGE
24

A00-0157--CV (HRH)   12/28/05
----------------------------------------
D. DAVIS
C. EBELL
M. MANNING (MANNING)

- 2 -

CERTIFICATE OF SERVICE:

I HEREBY CERTIFY THAT I CAUSED TO BE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING THIS 27 DAY OF DECEMBER, 2005 TO:

Via Mail

Walter W. Mason, Esq.
Jamin, Ebell, Schmitt & Mason
1007 W. 3rd Avenue, Suite 201
Anchorage, AK  99501

Mark C. Manning, Esq.
Mark C. Manning, P.C.
431 West 7th Avenue, Suite 204
Anchorage, Alaska  99501

John R. Keough, III
Waesche, Sheinbaum & O'Regan, P.C.
111 Broadway
New York, N.Y.  10006-1991

Mark Bledsoe, Esq.
2525 Blueberry Road, Suite 202
Anchorage, AK  99503

J.J. Sandlin
618 Railroad Avenue, Suites E & F
P.O. Box 1005
Zillah, WA  98953

_____
KENDRA JOHN

- 3 -