Mark C. Manning
Mark C. Manning, P.C.
431 West 7th Ave, Suite 204
Anchorage, AK 99501
(907) 278-9794; fax: 278-1169
Counsel for Plaintiff Bear Tooth LLC



FILED
DEC 29 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of<br>the Complaint of ALASKA MARINE<br>TRANSPORT & SALVAGE, INC., as<br>Owner of the M/V POLAR BEAR,<br>OFFICIAL No. 974480, for Exoneration<br>From or Limitation of Liability. | In Admiralty<br><br>Case No.: A00-157 CV (HRH) |

**STIPULATION**

The parties stipulate and agree that the deadline for opposing Alaska Marine Transport's Summary Judgment Motion shall be December 29, 2005.

KEESAL, YOUNG & LOGAN
Attorneys for Petitioner

12/22/05
DATE

By: _____
DOUGLAS R. DAVIS
Alaska Bar No.: 7605022

/
/
/

137

JAMIN, EBELL, SCHMITT & MASON
Attorneys for The Richalinda Trust

12-22-05     By: *C. Walter Ebell* (signature)
DATE     C. WALTER EBELL
Alaska Bar No.: 7810068

MARK S. BLEDSOE
Attorney for Richalinda Trust

_____     By: _____
DATE     MARK S. BLEDSOE
Alaska Bar No.: 7610077

MARK C. MANNING, P.C.
Counsel for Bear Tooth LLC

12/29/05     By: *Mark C. Manning* (signature)
DATE     MARK C. MANNING
Alaska Bar No.: 8110066

**FILED**
DEC 30 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

## ORDER

IT IS SO ORDERED.

DATED this \_\_\_\_\_ day of _____, 2005.

This stipulation is approved, but is subject to reconsideration by a judicial officer within ten days from the date hereof.
CLERK OF COURT
Date 12/30/05 By: *Pam Richter* Deputy Clerk

_____
H. RUSSELL HOLLAND
U.S. DISTRICT COURT JUDGE

2