Matthew D. Jamin, Esq.
Alaska Bar No. 77410085
C. Walter Ebell, Esq.
Alaska Bar No. 7810068
JAMIN, EBELL, SCHMITT & MASON
323 Carolyn St.
Kodiak, Alaska 99615
Telephone: (907) 486-6024
Facsimile: (907) 486-6112

Attorneys for The Richalinda Trust

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of:<br>the Complaint of ALASKA MARINE<br>TRANSPORT & SALVAGE INC., as<br>Owner of the M/V POLAR BEAR,<br>OFFICIAL No. 974480, for Exoneration<br>From or Limitation of Liability. | In Admiralty<br><br>Case No. A00-157 CV (HRH) |

### STIPULATION FOR WITHDRAWAL BY ATTORNEYS AND ORDER

Jamin, Ebell, Schmitt & Mason, prior counsel for The Richalinda Trust ("Richalinda"), and Mark S. Bledsoe, Esq., current local counsel for Richalinda, hereby stipulate that Jamin, Ebell, Schmitt & Mason may be permitted to withdraw as co-counsel.

Richalinda will be represented in the future by Mr. Bledsoe as local counsel, and J.J. Sandlin of Zillah, Washington.

Dated: ~~December~~ January 3, 2006 ~~2005~~ at Anchorage, Alaska.

                      LAW OFFICE OF MARK S. BLEDSOE
                      Attorney for The Richalinda Trust

                      Mark S. Bledsoe, Esq.
                      ABA No. 7610077

Dated: December 30, 2005 at Anchorage, Alaska.

                      JAMIN, EBELL, SCHMITT & MASON
                      Attorneys for The Richalinda Trust

                      C. Walter Ebell, Esq.
                      ABA No. 7810068

                *    *    *    *    *    *    *

## **O R D E R**

    The Richalinda Trust shall be represented by Mark S. Bledsoe, Esq., as local counsel, and J.J. Sandlin, Esq.; and the law firm of Jamin, Ebell, Schmitt & Mason is permitted to withdraw as counsel of record in this matter.

    Done this _____ day of January 2006, at Anchorage, Alaska.

                                            H. Russel Holland
                                            United States District Judge

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was mailed on the 11th day of January, 2006 to the following:

Mark C. Manning, Esq.
431 West 7th Avenue, Suite 204
Anchorage AK  99501

John R. Keough, II, Esq.
Waesche, Sheinbaum & O'Regan, PC
111 Broadway
New York NY  10006-1991

J.J. Sandlin, Esq.
618 Railroad Avenue, Suites E & F
PO Box 1005
Zillah WA  98953

Douglas R. Davis, Esq.
Keesal Young & Logan
1029 West 3rd Avenue, Suite 650
Anchorage AK  99501-1954

_____
Jamin Ebell Schmitt & Mason