DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
Telephone: (907) 279-9696
Facsimile:  (907) 279-4239

JOHN R. KEOUGH, III
WAESCHE, SHEINBAUM & O'REGAN, PC
111 Broadway, Suite 401
New York, New York 10006-1991
Telephone: (212) 227-3550
Facsimile: (212) 267-5767


Attorneys for ALASKA MARINE TRANSPORT
& SALVAGE, INC. as Owner of the M/V
POLAR BEAR

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of ALASKA MARINE TRANSPORT & SALVAGE, INC., as Owner of the M/V POLAR BEAR, Official No. 974480, for Exoneration from or Limitation of Liability, | Case No. 3:00-cv- 00157-HRH <br><br> **STIPULATION FOR EXTENSION OF TIME TO REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

Counsel for Petitioner Alaska Marine Transport & Salvage, Inc., counsel for Bear Tooth, LLC, and counsel for Richalinda Trust stipulate and agree that Petitioner may have until January 23, 2006 to file its reply memorandum responding to Bear Tooth's and Richalinda Trust's oppositions to Petitioner's motion for summary judgment.

KEESAL, YOUNG & LOGAN
Counsel for Alaska Marine Transport & Salvage, Inc.

Dated: January 9, 2006

By: _____
DOUGLAS R. DAVIS
Alaska Bar No. 7605022

Counsel for Bear Tooth, LLC

Dated: 1/9/06

_____
MARK MANNING, ESQ.
ALASKA BAR #8110066

Associated Counsel for Co-Respondent Richalinda Trust

Dated: 1/10/06

_____
MARK BLEDSOE, ESQ.
ALASKA BAR #7610077

## ORDER

IT IS SO ORDERED.

DATED this \_\_\_\_\_ day of January, 2006.

_____
H. RUSSEL HOLLAND
UNITED STATES DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE:

I HEREBY CERTIFY THAT I CAUSED TO BE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING THIS 11 DAY OF JANUARY, 2006 TO:

Via Mail

Matthew Jamin
Jamin, Schmitt, St. John
323 Carolyn Street
Kodiak, AK  99615

Mark C. Manning, Esq.
Mark C. Manning, P.C.
431 West 7th Avenue, Suite 204
Anchorage, Alaska  99501

John R. Keough, III
Waesche, Sheinbaum & O'Regan, P.C.
111 Broadway
New York, N.Y.  10006-1991

Mark Bledsoe, Esq.
2525 Blueberry Road, Suite 202
Anchorage, AK  99503

J.J. Sandlin
618 Railroad Avenue, Suites E & F
P.O. Box 1005
Zillah, WA  98953

_/s/ Kendra John_
KENDRA JOHN

- 3 -