Matthew D. Jamin
Alaska Bar No. 77410085
JAMIN, EBELL, SCHMITT & MASON
323 Carolyn St.
Kodiak, AK 99615
Telephone: (907) 486-6024
Facsimile: (907) 486-6112

Attorneys for The Richalinda Trust

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

In the Matter of: ) In Admiralty
the Complaint of ALASKA MARINE ) Case No. A00-157 CV (HRH)
TRANSPORT & SALVAGE INC., as )
Owner of the M/V POLAR BEAR, )
OFFICIAL No. 974480, for Exoneration )
From or Limitation of Liability. )
_____ )

### **STIPULATION FOR WITHDRAWAL BY ATTORNEYS AND ORDER**

Jamin, Ebell, Schmitt & Mason, prior counsel for the Richalinda Trust

("Richalinda"), and Mark S. Bledsoe, Esq., current local counsel for Richalinda, hereby

stipulate that Jamin, Ebell, Schmitt & Mason may be permitted to withdraw as co-

counsel.

Richalinda will be represented in the future by Mr. Bledsoe as local counsel, and

J.J. Sandlin of Zillah, Washington.

Dated: December _____, 2005 at Anchorage, Alaska.

> LAW OFFICE OF MARK S. BLEDSOE
> Attorney for The Richalinda Trust

> _____
> Mark S. Bledsoe, Esq.
> ABA No. 7610077

Dated: December _____, 2005 at Anchorage, Alaska.

> JAMIN, EBELL, SCHMITT & MASON
> Attorneys for The Richalinda Trust

> _____
> C. Walter Ebell, Esq.
> ABA No. 7810068

\*    \*    \*    \*    \*    \*

## ORDER

The Richalinda Trust shall be represented by Mark S. Bledsoe, Esq., as local counsel, and J.J. Sandlin, Esq.; and the law firm of Jamin, Ebell, Schmitt & Mason is permitted to withdraw as counsel of record in this matter.

Done this **17** day of January, 2006, at Anchorage, Alaska.

> _____
> H. Russell Holland
> United States District Judge

JAMIN, EBELL,
SCHMITT & MASON
323 CAROLYN ST.
KODIAK, AK 99615
(907) 486-6024