DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
Telephone:   (907) 279-9696
Facsimile:    (907) 279-4239

JOHN R. KEOUGH, III
WAESCHE, SHEINBAUM & O'REGAN, PC
111 Broadway, Suite 401
New York, New York 10006-1991
Telephone: (212) 227-3550
Facsimile: (212) 267-5767

Attorneys for ALASKA MARINE TRANSPORT
& SALVAGE, INC. as Owner of the M/V
POLAR BEAR

## UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of ALASKA MARINE TRANSPORT & SALVAGE, INC., as Owner of the M/V POLAR BEAR, Official No. 974480, for Exoneration from or Limitation of Liability, | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:00-cv-00157-HRH<br>)<br>) [PROPOSED] ORDER RE<br>) STIPULATION FOR EXTENSION OF<br>) TIME TO REPLY TO OPPOSITION TO<br>) MOTION FOR SUMMARY JUDGMENT<br>)<br>) |

*Approved [signature]*

IT IS ORDERED that Alaska Marine Transport & Salvage shall have until January 23, 2006 to file its reply memorandum responding to Bear Tooth, LLC and Richalinda Trust's oppositions to Motion for Summary Judgment.

DATED this 17 day of January, 2006.

S/HRH