DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
Telephone:  (907) 279-9696
Facsimile:   (907) 279-4239

JOHN R. KEOUGH, III
WAESCHE, SHEINBAUM & O'REGAN, PC
111 Broadway, Suite 401
New York, New York 10006-1991
Telephone: (212) 227-3550
Facsimile: (212) 267-5767

Attorneys for ALASKA MARINE TRANSPORT
& SALVAGE, INC. as Owner of the M/V
POLAR BEAR

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of ALASKA MARINE TRANSPORT & SALVAGE, INC., as Owner of the M/V POLAR BEAR, Official No. 974480, for Exoneration from or Limitation of Liability, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 3:00-cv- 00157-HRH

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITIONS TO MOTION FOR SUMMARY JUDGMENT**

1  Alaska Marine Transport & Salvage ("Alaska Marine"), by and

2 through counsel, hereby files this unopposed motion for an extension of time in

3 which to reply to Richalinda Trust's and Bear Tooth, LLC's Oppositions to Alaska

4 Marine's Motion for Summary Judgment.  Counsel for Alaska Marine has been

5 out of the country working on another matter and needed a short time extension

6 to prepare Alaska Marine's reply memorandum.  Alaska Marine is requesting an

7 extension until February 3, 2006 in which to file the reply.

8  Mark Bledsoe, attorney for Richalinda Trust, and Mark Manning,

9 attorney for Bear Tooth, LLC, have been contacted by telephone and have

10 indicated they do not oppose this motion for extension of time.

11  Dated this 20th day of January, 2006.

12

13  KEESAL, YOUNG & LOGAN
   Counsel for Alaska Marine Transport &
14  Salvage, Inc.

15

16  By:___s/DOUGLAS R. DAVIS_____
   DOUGLAS R. DAVIS
17  Alaska Bar No. 7605022
   1029 W. Third Avenue, Suite 650
18  Anchorage, Alaska  99501
   (907) 279-9696
19  (907) 279-4239 facsimile
   doug.davis@kyl.com
20

21

22

23

24

25

26

1

2    CERTIFICATE OF SERVICE:

3    I HEREBY CERTIFY THAT I CAUSED TO
     BE SERVED A TRUE AND CORRECT COPY
4    OF THE FOREGOING THIS __20__ DAY OF
     JANUARY, 2006 TO:

5

6    Via Mail

7    Mark C. Manning, Esq.
     Mark C. Manning, P.C.
8    431 West 7th Avenue, Suite 204
     Anchorage, Alaska  99501

9    John R. Keough, III
     Waesche, Sheinbaum & O'Regan, P.C.
10   111 Broadway
     New York, N.Y.  10006-1991

11   Mark Bledsoe, Esq.
12   2525 Blueberry Road, Suite 202
     Anchorage, AK  99503

13   J.J. Sandlin
14   618 Railroad Avenue, Suites E & F
     P.O. Box 1005
15   Zillah, WA  98953

16   _s/DOUGLAS DAVIS_____

17

18

19

20

21

22

23

24

25

26