DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
Telephone: (907) 279-9696
Facsimile: (907) 279-4239

JOHN R. KEOUGH, III
WAESCHE, SHEINBAUM & O'REGAN, PC
111 Broadway, Suite 401
New York, New York 10006-1991
Telephone: (212) 227-3550
Facsimile: (212) 267-5767

Attorneys for ALASKA MARINE TRANSPORT
& SALVAGE, INC. as Owner of the M/V
POLAR BEAR

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of ALASKA MARINE TRANSPORT & SALVAGE, INC., as Owner of the M/V POLAR BEAR, Official No. 974480, for Exoneration from or Limitation of Liability, | Case No. 3:00-cv- 00157-HRH<br><br>**ORDER RE UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO OPPOSITIONS TO MOTION FOR SUMMARY JUDGMENT** |

1   IT IS ORDERED that Alaska Marine Transport & Salvage shall have until February 3, 2006 to file its reply memorandum responding to Bear Tooth, LLC's and Richalinda Trust's oppositions to Alaska Marine's Motion for Summary Judgment.

DATED this _____ day of January, 2006.

_____
H. RUSSEL HOLLAND
UNITED STATES DISTRICT COURT JUDGE

- 3 -

CERTIFICATE OF SERVICE:

I HEREBY CERTIFY THAT I CAUSED TO BE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING THIS __20__ DAY OF JANUARY, 2006 TO:

Via Mail to:

Mark C. Manning, Esq.
Mark C. Manning, P.C.
431 West 7th Avenue, Suite 204
Anchorage, Alaska  99501

John R. Keough, III
Waesche, Sheinbaum & O'Regan, P.C.
111 Broadway
New York, N.Y.  10006-1991

Mark Bledsoe, Esq.
2525 Blueberry Road, Suite 202
Anchorage, AK  99503

J.J. Sandlin
618 Railroad Avenue, Suites E & F
P.O. Box 1005
Zillah, WA  98953

_s/DOUGLAS R. DAVIS_____