## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

In re ALASKA MARINE TRANSPORT
& SALVAGE, INC.                    CASE NO.   A00-0157-CV (HRH)

THE HONORABLE H. RUSSEL HOLLAND

   <u>Deputy Clerk</u>                        <u>Official Recorder</u>

   _____          _____

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

      The court is in receipt of Alaska Marine's motion for an extension of time within which to file a reply regarding its motion for summary judgment.  (Clerk's Docket No. 143.)  Counsel indicates there is no opposition to this request for an extension.

      The motion is granted.  Alaska Marine shall have until February 3, 2006, within which to file the reply.

- 1 -