DOUGLAS R. DAVIS
Alaska Bar #7605022
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Sixth Floor
Anchorage, Alaska 99501-1954
Telephone: (907) 279-9696
Facsimile: (907) 279-4239

JOHN R. KEOUGH, III
WAESCHE, SHEINBAUM & O'REGAN, PC
111 Broadway, Suite 401
New York, New York 10006-1991
Telephone: (212) 227-3550
Facsimile: (212) 267-5767

Attorneys for ALASKA MARINE TRANSPORT
& SALVAGE, INC. as Owner of the M/V
POLAR BEAR

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of<br>The Complaint of ALASKA MARINE<br>TRANSPORT & SALVAGE, INC., as<br>Owner of the M/V POLAR BEAR,<br>Official No. 974480, for Exoneration<br>From or Limitation of Liability. | In Admiralty<br><br>Case No.: 3:00-cv-00157-HRH<br><br>**SUPPLEMENTAL AFFIDAVIT**<br>**OF COUNSEL** |

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) |
| THIRD JUDICIAL DISTRICT | ) |

Douglas R. Davis, duly sworn upon oath, deposes and states as follows:

1. I am one of the attorneys for petitioner, Alaska Marine Transport & Salvage, Inc. in this action.

2. I make this supplemental affidavit in support of the motion by the Petitioner for an order under F.R.Civ.P. 56 dismissing the claims of The Richalinda Trust and Bear Tooth, LLC. The purpose of this supplemental affidavit is to provide various items referred to in the accompanying reply memorandum of law.

3. Attached as Exhibit 1 is a true copy of the 1988 Notice by the Arizona Corporation Commission concerning Richard Shell's Cease-and-Desist Hearing.

4. Attached as Exhibit 2 is a true copy of excerpts (pp. 38, 43, 134-35) from the deposition of Peter Hobler.

5. Attached as Exhibit 3 is a true copy of Hobler Deposition Exhibit 20, providing a log of payments Hobler allegedly made on the Shell gold venture.

6. In the Final Fact Witness List of Bear Tooth, LLC served on Petitioner on August 21, 2003, Claimant Bear Tooth provided a California address and telephone number for witness Bill Nowak. Attempts by counsel for Petitioner to locate Mr. Nowak at that address showed the address and telephone number to be invalid, and further, Claimant Bear Tooth did not and has not supplemented its prior discovery responses to provide a correct address and telephone number for Mr. Nowak.

Further affiant sayeth naught.

_____
DOUGLAS R. DAVIS

SUBSCRIBED AND SWORN TO
This 3rd day of February, 2006

_____
Notary Public
My Commission Expires: 10/23/06



CERTIFICATE OF SERVICE:

I HEREBY CERTIFY THAT I CAUSED TO BE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING THIS 3rd DAY OF FEBRUARY, 2006 TO:

Via Mail

Mark C. Manning, Esq.
Mark C. Manning, P.C.
431 West 7th Avenue, Suite 204
Anchorage, Alaska 99501

John R. Keough, III
Waesche, Sheinbaum & O'Regan, P.C.
111 Broadway
New York, N.Y. 10006-1991

Mark Bledsoe, Esq.
2525 Blueberry Road, Suite 202
Anchorage, AK 99503

J.J. Sandlin
618 Railroad Avenue, Suites E & F
P.O. Box 1005
Zillah, WA 98953

_____