# EXHIBIT 3


DEPOSITION EXHIBIT #20 Hebler

Bear Tooth, LLC
PMB 504, 970 W. Broadway
Jackson, WY 83001
1999 - 2000 Financials

Transaction Register (By Account)

Status: Unreconciled
Sorted by Date

1/17/2001                                                                                   Page 1

| Date | ID# | Payee/Memo | From | To |
|---|---|---|---|---|
| RE Investment Capital | | (50% start up loan) | | |
| 7/20/98 | 303 | Wire to Bear Creek Mining | | $200,000.00 |
| 7/20/98 | 303.1 | Wire to Bear Creek Mining | | $200,000.00 |
| 1/4/99 | 200 | Wire to RichaLinda Trust | | $100,000.00 |
| 1/21/99 | 201 | Wire to RichaLinda Trust | | $43,200.00 |
| 2/3/99 | 202 | Wire to RichaLinda Trust | | $22,500.00 |
| 2/17/99 | 203 | Wire to RichaLinda Trust | | $23,000.00 |
| 3/6/99 | 180 | VPA ck #180: RichaLinda | | $60,000.00 |
| 3/18/99 | 204 | Wire to RichaLinda Trust | | $180,000.00 |
| 3/23/99 | 205 | Wire to RichaLinda Trust | | $67,500.00 |
| 3/30/99 | 206 | Wire to RichaLinda Trust | | $175,000.00 |
| 4/21/99 | 153 | Wire to RichaLinda Trust | | $108,000.00 |
| 4/29/99 | 203 | wire to RichALinda Trust | | $50,000.00 |
| 5/7/99 | 201 | wire to RichaLinda Trust | | $125,000.00 |
| 6/1/99 | 285 | wire to RichALinda Trust | | $37,500.00 |
| 6/25/99 | 400 | wire to RichaLinda Trust | | $27,500.00 |
| 6/25/99 | 401 | wire to NC Cat Machinery | | $27,500.00 |
| 7/2/99 | 505 | wire to RichaLinda Trust | | $26,500.00 |
| 7/20/99 | 564 | wire toRichALinda Trust | | $20,000.00 |
| 7/21/99 | 758 | 7/21 Kodiak Air Svcs | | $1,056.00 |
| 7/28/99 | 700 | wire to RichALinda Trust | | $15,000.00 |
| 7/28/99 | 759 | Artic Industr & Auto | | $114.00 |
| 7/28/99 | 12579 | Inlet Petrol 7/15/99 | $3,251.80 | |
| 7/28/99 | 12579 | Inlet Petrol 7/7/99 | | $420.94 |
| 7/28/99 | 12579 | Inlet Petrol 7/7/99 | | $5,175.98 |
| 7/28/99 | 12579 | Inlet Petrol 7/8/99 | | $61.78 |
| 7/29/99 | 12589 | Call's Repair Eagle River, | | $1,000.00 |
| 8/2/99 | 757 | wire to RichaLinda Trust | | $15,000.00 |
| 8/10/99 | 760 | Artic Industr & Auto | | $615.64 |
| 8/10/99 | 761 | Artic Industr & Auto | | $735.60 |
| 8/11/99 | 762 | Midnight Sun Boat Co. | | $502.10 |
| 8/16/99 | 763 | Kodiak Air Service | | $1,056.00 |
| 8/16/99 | 764 | Polar Supply Co. Inc. | | $540.00 |
| 8/19/99 | 765 | Grainger #007 | | $175.04 |
| 8/19/99 | 766 | Alaskan Paint Mfg Co | | $78.00 |
| 8/25/99 | 501 | wire to RichALinda Trust | | $16,000.00 |
| 8/25/99 | 10225 | Inlet Petroleum | | $87.32 |
| 8/25/99 | 10225 | Inlet Petroleum | | $109.88 |
| 8/25/99 | 10734 | Good Humor Co. 7/10/99: | | $623.40 |
| 8/25/99 | 10734 | Arctic Industr & Auto | | $689.25 |
| 9/15/99 | 768 | Wire to RichaLinda Trust | | $16,500.00 |
| 10/4/99 | 12599 | Alaskan Paint MFG Co. | | $76.50 |
| 10/4/99 | 12599 | Stephans Tool Rental | | $240.00 |
| 10/4/99 | 12599 | Polar Supply Co. 8/22/99 | | $180.00 |
| 10/4/99 | 12599 | Alaskan Crane Svc. | | $1,778.00 |
| 10/4/99 | 12599 | Totem Rentals 8/26/99 | | $144.00 |
| 10/4/99 | 12599 | Fasteners & Fire Eqp. | | $25.57 |
| 10/4/99 | 12599 | Fasteners & Fire Eqp. | | $25.57 |
| 10/4/99 | 12599 | Alaskan Adventures FRV | | $125.00 |
| 10/4/99 | 12599 | Battery Spec of Ak, Inc. | | $96.18 |
| 10/4/99 | 12599 | Fasteners & Fire Eqp. | | $23.15 |
| 10/4/99 | 12599 | Fasteners & Fire Eqp. | | $16.98 |
| 10/4/99 | 12599 | Sears Roebuck 1089 | | $1,225.34 |

700006

RT0311

Bear Tooth, LLC

Transaction Register (By Account)

Status: Unreconciled
Sorted by Date

1/17/2001                                                                    Page 2

| Date | ID# | Payee/Memo | From | To |
|---|---|---|---|---|
| 10/4/99 | 12599 | Ak Ind Hrdwr/Commercl | | $548.43 |
| 10/4/99 | 12599 | Steelfab 9/9/99 | | $1,506.00 |
| 10/4/99 | 12601 | SteelFab 8/10/99 | | $7,575.24 |
| 10/4/99 | 12601 | SteelFab 8/16/99 | | $398.00 |
| 10/4/99 | 12601 | Little John to Anchorage | | $427.00 |
| 10/4/99 | 12606 | Inlet Petroleum 8/16/99 | | $292.20 |
| 10/4/99 | 12606 | Inlet Petroleum 8/24/99 | | $310.13 |
| 10/11/99 | 760 | wire to RichaLinda Trust | | $10,000.00 |
| 10/28/99 | 780 | wire to RichaLinda trust | | $10,000.00 |
| 11/2/99 | 12645 | Inlet Petroleum 9/9/99 | | $390.85 |
| 11/2/99 | 12646 | Credit Alaskan Adventures | $125.00 | |
| 11/2/99 | 12646 | Alaskan Publications | | $130.00 |
| 11/2/99 | 12646 | Arctic Industr & auto | | $27.50 |
| 11/16/99 | 850 | wire to RichaLinda Trust | | $8,000.00 |
| 11/27/99 | 12748 | R/T Cardell Howell to | | $533.70 |
| 11/29/99 | 796 | 12/15 airfare Cardell | | $69.25 |
| 11/30/99 | 795 | wire to RichaLinda Trust | | $12,500.00 |
| 12/6/99 | 798 | wire to RichaLinda Trust | | $18,500.00 |
| 1/5/2000 | 12748 | NWA R/T Little John to | | $624.70 |
| 1/5/2000 | 12748 | Alaska Air to Kodiak | | $296.00 |
| 1/5/2000 | 12748 | Inlet Petroleum 11/30/99 | | $15,995.59 |
| 1/5/2000 | 12748 | NWA Little John ticket fee | | $75.00 |
| 1/6/2000 | 9 | Wire to RichaLinda Trust | | $17,500.00 |
| 1/28/2000 | 12757 | Inlet Petroleum 11/30/99 | | $4,583.98 |
| 1/28/2000 | 12776 | RE ticket to kodiak | | $69.25 |
| 2/8/2000 | 108 | wire to RichaLinda Trust | | $15,000.00 |
| 2/25/2000 | 46 | wire: Patrick Pressentin, | | $5,000.00 |
| 2/25/2000 | 103 | wire fee, Pressentin | | $15.00 |
| 3/20/2000 | 80 | wire to RichALinda Trust | | $6,000.00 |
| 3/20/2000 | 80.1 | wire fee | | $15.00 |
| 4/24/2000 | 100 | wire to RichaLinda Trust | | $10,000.00 |
| 4/24/2000 | 100.1 | wire fee | | $15.00 |
| 5/24/2000 | 120 | wire to RichaLinda Trust | | $10,000.00 |
| 5/31/2000 | 120 | wire to RichaLinda Trust | | $17,000.00 |
| 7/18/2000 | 146 | wire to RichaLinda Trust | | $13,700.00 |
| 8/9/2000 | 200 | Wire ti RichaLindaTrusr | | $15,000.00 |
| 8/24/2000 | 251 | wire to RichaLinda Trust | | $10,000.00 |
| 9/11/2000 | 300 | wire to RichaLinda Trust | | $25,000.00 |
| | | Total: | $3,376.80 | $1,789,795.04 |
| | | Total: | $3,376.80 | $1,789,795.04 |

700007

RT0312