Mark C. Manning
Mark C. Manning, P.C.
431 West 7th Ave, Suite 204
Anchorage, AK 99501
(907) 278-9794; fax: 278-1169
Counsel for Plaintiff Bear Tooth LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of ALASKA MARINE TRANSPORT & SALVAGE, INC., as Owner of the M/V POLAR BEAR, OFFICIAL No. 974480, for Exoneration From or Limitation of Liability. | In Admiralty<br><br>Case No.: 3:00-cv-00157- HRH |

**REQUEST FOR ORAL ARGUMENT**

Bear Tooth LLC hereby requests oral argument on Petitioner's pending SUMMARY JUDGMENT MOTION.

DATED at Anchorage, Alaska, this 8th day of February, 2006.

    s/ Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 2/6/06 to, a copy
of the foregoing Request for Oral Argument
was served electronically on Alaska Marine
Transport, R.E. Shell and on The Richalinda Trust,
and by U.S. Mail a on

J.J. Sandlin, Esq.
618 Railroad Avenue, Suites E & F
P.O. Box 1005
Zillah, WA 98953

John R. Keough, III, Esq.
Waesche, Sheinbaum & O'Regan
111 Broadway
New York, N.Y.  10006-1991

   s/Mark C. Manning