IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

In the Matter of the Complaint of  )
                                   )
ALASKA MARINE TRANSPORT & SALVAGE, )
INC., as Owner of the M/V POLAR    )
BEAR, Official No. 974480, for     )
Exoneration from or Limitation of  )
Liability.                         )          No. A00-0157-CV (HRH)
                                   )
_____)

O R D E R

Motion for Attorney Fees

Petitioner moves for an award of attorney fees in connection with a motion to compel inspection of claimant's gold dredge.[1]  The motion is unopposed.

As set forth in this court's order of December 2, 2005, counsel for claimant originally agreed to the discovery that was the subject of the underlying motion to compel.  Thereafter, substitute counsel unreasonably sought to impose restrictions on the discovery sought by petitioner and once agreed to by claimant's counsel.  The court concludes that there was no substantial justification for the disruption of discovery occasioned by this

---

[1]     Clerk's Docket No. 134.

change in claimant's strategy.  Accordingly, attorney fees are in order pursuant to Rule 37(d), Federal Rules of Civil Procedure.

Petitioner represents that 17.75 hours were devoted to this discovery dispute; and while that is a substantial amount of time to devote to working through a discovery problem, this was not a run-of-the-mill dispute about answers to interrogatories or the like.  Given the somewhat unique nature of the problem, including questions regarding the enforceability of a confidentiality agreement and the need for particularized legal research, the amount of time devoted to the underlying motion strikes the court as reasonable.  Indeed, claimant has not objected to the amount of time devoted to that motion nor to the fees attributed thereto.

The motion for attorney fees is granted.  Petitioner shall recover attorney fees from claimant Richalinda Trust in the amount of $3,871.25.

DATED at Anchorage, Alaska, this <u>6th</u> day of March, 2006.

/s/ H. Russel Holland
United States District Judge
