**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

In re ALASKA MARINE TRANSPORT
& SALVAGE, INC.               CASE NO.   3:00cv0157-HRH)

THE HONORABLE H. RUSSEL HOLLAND

<u>Deputy Clerk</u>                    <u>Official Recorder</u>

_____          _____

APPEARANCES:    for PLAINTIFF:    ----

                for DEFENDANT:    ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

---

The court is in receipt of a notice of settlement, filed March 13, 2006 (Clerk's Docket No. 149), advising that a settlement between the parties is being documented.

Plaintiff will please present the appropriate closing papers on or before **April 14, 2006**.  If for any reason closing papers cannot be filed by that date, plaintiff shall serve and file a further brief status report, updating the court as to the progress of completing this case.

- 1 -