DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
Telephone:  (907) 279-9696
Facsimile:   (907) 279-4239

JOHN R. KEOUGH, III
WAESCHE, SHEINBAUM & O'REGAN, P.C.
111 Broadway, Suite 401
New York, New York 10006-1991
Telephone: (212) 227-3550
Facsimile: (212) 267-5767

Attorneys for
Alaska Marine Transport & Salvage

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| In the Matter of the Complaint of ALASKA MARINE TRANSPORT & SALVAGE, INC., as Owner of the M/V POLAR BEAR, OFFICIAL NO. 974480, for Exoneration From or Limitation of Liability | Case No. 3:00-cv-00157-HRH  <br><br>**STATUS REPORT** |

The parties have reached a settlement agreement.  Draft releases and a stipulation to dismiss the claims of all parties are presently being circulated with the hope that settlement can soon be finalized.

DATED at Anchorage, Alaska this 14th day of April, 2006.

           KEESAL, YOUNG & LOGAN
           Counsel for Alaska Marine Transport & Salvage, Inc.

           By:\_\_\_s/DOUGLAS R. DAVIS_____
               DOUGLAS R. DAVIS
               Alaska Bar No. 7605022
               1029 W. Third Avenue, Suite 650
               Anchorage, Alaska 99501
               (907) 279-9696
               (907) 279-4239 facsimile
               doug.davis@kyl.com

CERTIFICATE OF SERVICE:

I HEREBY CERTIFY THAT I CAUSED TO BE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING THIS 3rd OF FEBRUARY, 2006 to:

Via Email:

Mark C. Manning, Esq.
Mark C. Manning, P.C.
431 West 7th Avenue, Suite 204
Anchorage, Alaska 99501

Mark S. Bledsoe
Law Offices of Mark S. Bledsoe
2525 Blueberry Road, Suite 202
Anchorage, Alaska 99503

Via Mail

J.J. Sandlin
Sandlin Law Firm
P.O. Box 1005
Zillah, WA 98953

s/DOUGLAS R. DAVIS_____