**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

In re ALASKA MARINE TRANSPORT
& SALVAGE, INC.                              CASE NO.    3:00cv0157-HRH

THE HONORABLE H. RUSSEL HOLLAND

    Deputy Clerk                                 Official Recorder

    _____         _____

APPEARANCES:    for PLAINTIFF:    ----

                for DEFENDANT:    ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

    Petitioner's motion for summary judgment (Clerk's Docket No. 125), as well as the motions for hearing (Clerk's Docket Nos. 132 and 147), are denied with leave to renew in light of the fact that the parties advise that a settlement has been reached.