## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

In re ALASKA MARINE TRANSPORT
& SALVAGE, INC.                           CASE NO.    3:00cv0157-HRH

THE HONORABLE H. RUSSEL HOLLAND

    Deputy Clerk                            Official Recorder

    _____          _____

APPEARANCES:   for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The court is in receipt of a status report indicating that the parties have reached a settlement of this case (Clerk's Docket No. 151). Plaintiff will please present the appropriate closing papers on or before May 17, 2006. If for any reason closing papers cannot be filed by that date, plaintiff shall serve and file with the court a brief status report, updating the court as to the progress of completing this case.

- 1 -