Mark C. Manning
Mark C. Manning, P.C.
431 West 7th Ave, Suite 204
Anchorage, AK 99501
(907) 278-9794; fax: 278-1169
manning@alaska.net
Counsel for Plaintiff Bear Tooth LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of ALASKA MARINE TRANSPORT & SALVAGE, INC., as Owner of the M/V POLAR BEAR, OFFICIAL No. 974480, for Exoneration From or Limitation of Liability. | In Admiralty<br><br>Case No.: 3:00-cv-00157- HRH |

**NOTICE CONCERNING CLOSING OF SETTLEMENT**

  Bear Tooth, LLC, has undertaken to provide the following status report on Plaintiff's behalf, in accord with the court's order of April 18. The principal parties, Alaska Marine Transport and Bear Tooth, in part by reason of the conveyance to it of all Richalinda Trust's claims and exclusive right of settlement, appear to have reached agreement on a set of settlement documents. Bear Tooth is now communicating with counsel for Richalinda Trust to obtain its execution of the required documents.

DATED at Anchorage, Alaska, this 17th day of May, 2006.

      s/ Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 5/17/06 to, a copy
of the foregoing Request for Oral Argument
was served electronically on Alaska Marine
Transport, R.E. Shell and on The Richalinda Trust,
and by U.S. Mail a on

J.J. Sandlin, Esq.
618 Railroad Avenue, Suites E & F
P.O. Box 1005
Zillah, WA 98953

John R. Keough, III, Esq.
Waesche, Sheinbaum & O'Regan
111 Broadway
New York, N.Y.  10006-1991

   s/Mark C. Manning

*In re Alaska Marine Transport*
Case no. 3:00-cv-00157- HRH      2