DOUGLAS R. DAVIS
Alaska Bar #7605022
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Sixth Floor
Anchorage, Alaska 99501-1954
Telephone: (907) 279-9696
Facsimile: (907) 279-4239

JOHN R. KEOUGH, III
WAESCHE, SHEINBAUM & O'REGAN, P.C.
111 Broadway, Suite 401
New York, New York 10006-1991
Telephone: (212) 227-3550
Facsimile: (212) 267-5767

Attorneys for ALASKA MARINE TRANSPORT
& SALVAGE, INC. as Owner of the M/V
POLAR BEAR

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of ALASKA MARINE TRANSPORT & SALVAGE, INC., as Owner of the M/V POLAR BEAR, Official No. 974480, for Exoneration From or Limitation of Liability. | In Admiralty<br><br>Case No.: 3:00-cv-157 CV (HRH) |

### STIPULATION OF DISMISSAL

Counsel for petitioner Alaska Marine Transport & Salvage, Inc. ("Alaska Marine") and claimants Bear Tooth, LLC and Richalinda Trust stipulate and agree that a full and complete settlement has been reached by the parties, that the claims of Bear Tooth, LLC and Richalinda Trust against Alaska Marine in personam and the M/V POLAR BEAR in rem be dismissed with prejudice, that this action be dismissed without prejudice, that the security posted herein be

released to Alaska Marine, and that each party shall bear its own costs and attorneys' fees, and that the Court may enter an order to this effect without further notice.

So agreed and stipulated this 23rd day of May, 2006.

KEESAL, YOUNG & LOGAN

By: _____
Douglas R. Davis (ABA# 7605022)
Attorneys for Petitioner Alaska
Marine Transport & Salvage, Inc.

MARK C. MANNING, P.C.

By: _____
Mark C. Manning (ABA# 8110066)
Attorneys for Claimant Bear Tooth, LLC

LAW OFFICES OF MARK S. BLEDSOE

By: _____ 5/24/06
Mark S. Bledsoe (ABA# 761007)
Attorneys for Claimant Richalinda Trust