DOUGLAS R. DAVIS
Alaska Bar #7605022
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Sixth Floor
Anchorage, Alaska 99501-1954
Telephone: (907) 279-9696
Facsimile: (907) 279-4239

JOHN R. KEOUGH, III
WAESCHE, SHEINBAUM & O'REGAN, P.C.
111 Broadway, Suite 401
New York, New York 10006-1991
Telephone: (212) 227-3550
Facsimile: (212) 267-5767

Attorneys for ALASKA MARINE TRANSPORT
& SALVAGE, INC. as Owner of the M/V
POLAR BEAR

## UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of ALASKA MARINE TRANSPORT & SALVAGE, INC., as Owner of the M/V POLAR BEAR, Official No. 974480, for Exoneration From or Limitation of Liability. | In Admiralty<br><br>Case No.: 3:00-cv-157 CV (HRH) |

### ORDER

THIS DAY this cause came on to be heard upon the stipulation of counsel for the petitioner, Alaska Marine Transport & Salvage, Inc., and the claimants, Bear Tooth, LLC and Richalinda Trust, stipulating to a dismissal of all claims with prejudice and a dismissal of this action without prejudice based upon the settlement by the parties with respect to the claims, and to release to Alaska Marine the security posted herein.

IT IS THEREFORE ORDERED AND ADJUDGED that the claims of Bear Tooth, LLC and Richalinda Trust be and hereby are dismissed with prejudice, that this action be and hereby is dismissed without prejudice, that the Clerk of the Court is directed to release to petitioner Alaska Marine all of the security posted herein by or for that party (consisting of an Ad Interim Stipulation for Value dated May 31, 2000, including but not limited to a Rider/Endorsement dated May 31, 2001 by Travelers Casualty & Surety Company of America and a Bond No. 071 S 1035 75545 BCM dated June 5, 2001), and that each party shall bear its own costs and attorneys' fees.

SO ORDERED AND ADJUDGED this _____ day of May, 2006.

_____
H. Russell Holland, United States District Court Judge