Mark C. Manning
Mark C. Manning, P.C.
431 West 7th Ave, Suite 204
Anchorage, AK 99501
(907) 278-9794; fax: 278-1169
Counsel for Plaintiff Bear Tooth LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of ALASKA MARINE TRANSPORT & SALVAGE, INC., as Owner of the M/V POLAR BEAR, OFFICIAL No. 974480, for Exoneration From or Limitation of Liability. | In Admiralty<br><br>Case No.: 3:00-cv-00157- HRH |

**MOTION FOR ORDER SHORTENING TIME FOR EXECUTION OF DISMISSAL ORDER**

Plaintiff moves for an order shortening time for execution of an order of dismissal pursuant to the parties' Stipulation of Dismissal. This motion is unopposed, and is supported by the accompanying Declaration of Mark C. Manning.

DATED at Anchorage, Alaska, this 24th day of May, 2006.

    s/ Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 2/24/06 to, a copy
of the foregoing Motion for Hearing on
Shortened Time
was served electronically on Alaska Marine
Transport, R.E. Shell and on The Richalinda Trust,
and by U.S. Mail a on

J.J. Sandlin, Esq.
618 Railroad Avenue, Suites E & F
P.O. Box 1005
Zillah, WA 98953

John R. Keough, III, Esq.
Waesche, Sheinbaum & O'Regan
111 Broadway
New York, N.Y.  10006-1991


   s/Mark C. Manning