Mark C. Manning
Mark C. Manning, P.C.
431 West 7th Ave, Suite 204
Anchorage, AK 99501
(907) 278-9794; fax: 278-1169
Counsel for Plaintiff Bear Tooth LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

In the Matter of
the Complaint of ALASKA MARINE
TRANSPORT & SALVAGE, INC., as
Owner of the M/V POLAR BEAR,
OFFICIAL No. 974480, for Exoneration
From or Limitation of Liability.

In Admiralty

Case No.: 3:00-cv-00157- HRH

### DECLARATION OF MARK C. MANNING

Mark C. Manning states the following on oath:

1. I am counsel for Bear Tooth, LLC. This declaration is offered in support of Bear Tooth's unopposed Motion for Order Shortening Time to execute the order dismissing this action, pursuant to the parties' stipulation filed herewith.

2. Local Rule 7.2 (c) is addressed as follows:

(i) Shortened time is needed to obtain a dismissal order before renewal of the surety bond in this action on or about May 31st. I am advised by Plaintiff's counsel that the bond surety may or will feel it must renew the bond unless a dismissal order is obtained prior to the expiration of the present bond term on or about May 31. The bond premium is said to be $30,000.00, the avoidance of which is said to be a material consideration in settlement. If such a premium were incurred for lack of a dismissal order, the settlement underlying the dismissal stipulation would be put in jeopardy.

(ii) The parties have endeavored to resolve this problem by entering into the

stipulation of dismissal and advising me through counsel that I may represent that this motion on shortened time is not opposed.

(iii) Counsel for the other parties concur in Bear Tooth's motion.

(iv) The date of significance is understood to be May 31, 2006, when the surety bond comes up for renewal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 24, 2006.

MARK C. MANNING

CERTIFICATE OF SERVICE

I hereby certify that, on 2/24/06 to, a copy
of the foregoing Declaration
was served electronically on Alaska Marine
Transport, R.E. Shell and on The Richalinda Trust,
and by U.S. Mail a on

J.J. Sandlin, Esq.
618 Railroad Avenue, Suites E & F
P.O. Box 1005
Zillah, WA 98953

John R. Keough, III, Esq.
Waesche, Sheinbaum & O'Regan
111 Broadway
New York, N.Y. 10006-1991

 s/Mark C. Manning