IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
In the Matter of the Complaint of   )
                                    )
ALASKA MARINE TRANSPORT & SALVAGE,  )
INC., as Owner of the M/V POLAR     )
BEAR, Official No. 974480, for      )
Exoneration from or Limitation of   )
Liability.                          )        No. 3:00cv0157-HRH
                                    )
_____)
```

O R D E R

Motion for Order Shortening Time

Upon review of Bear Tooth, LLC's, motion for order shortening time for execution of a dismissal order pursuant to the parties' stipulation of dismissal, it is hereby:

ORDERED that Bear Tooth's Motion is GRANTED.

DATED at Anchorage, Alaska, this 25th day of May, 2006.

/s/ H. Russel Holland
United States District Judge

- 1 -