IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

In the Matter of the Complaint of )
)
ALASKA MARINE TRANSPORT & SALVAGE, )
INC., as Owner of the M/V POLAR )
BEAR, Official No. 974480, for )
Exoneration from or Limitation of )
Liability. )  No. 3:00cv0157-HRH
)
_____)

O R D E R

Stipulation of Dismissal

   THIS DAY this cause came on to be heard upon the stipulation of counsel for the petitioner, Alaska Marine Transport & Salvage, Inc., and the claimants, Bear Tooth, LLC, and Richalinda Trust, stipulating to a dismissal of all claims with prejudice and a dismissal of this action without prejudice based upon the settlement by the parties with respect to the claims, and to release to Alaska Marine the security posted herein.

   IT IS THEREFORE ORDERED AND ADJUDGED that the claims of Bear Tooth, LLC, and Richalinda Trust be and hereby are dismissed with prejudice, that this action be and hereby is dismissed without prejudice, that the clerk of court is directed to release to petitioner Alaska Marine all of the security posted herein by or

- 1 -

for that party (consisting of an Ad Interim Stipulation for Value dated May 31, 2000, including but not limited to a Rider/Endorsement dated May 31, 2001, by Travelers Casualty & Surety Company of America and a Bond No. 071 S 1035 75545 BCM dated June 5, 2001), and that each party shall bear its own costs and attorney fees.

   DATED at Anchorage, Alaska, this <u>25th</u> day of May, 2006.

              <u>/s/ H. Russel Holland</u>
              United States District Judge